## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

MELINDA ANTONUCCI, and )
CASEY MATHIEU, )
 Plaintiffs-Appellants, )
 ) Case No.25-514
 )
CHRISTOPHER WINTERS, *et. al.* )
 Defendants-Appellees )

## **JOINT STATUS REPORT**

1.      Defendants/Appellees, the Vermont Department for Children and Families ("the Department") is engaged in drafting supplemental guidance for the Residential Licensing Special Investigations (RLSI) Unit governing how that unit engages in dialogue with foster care applicants about applicant's ability to care for an LGBTQ child or youth and how the ability to care for LGBTQ youth will impact licensing eligibility. This guidance will be aimed at distinguishing placement preferences/caregiving expertise from discriminatory behaviors. The guidance will provide that limitations on an applicant's ability to care for LGBTQ youth (for example, due to an inability to holistically affirm certain behaviors) will not preclude licensure but discrimination based on gender, sex, or sexual orientation will. Limitations on a foster care applicant's ability to care for LGBTQ youth will be considered at the

placement stage of a case, where the Department will strive to match based on caregiver's preferences and skills and youth's needs.

2.     The Department, through undersigned counsel, notified Appellants' counsel that Appellants could begin the process of applying for a foster care license immediately while the guidance described above is being finalized. Further, the Department believes that provided Appellants meet all other licensing rules and requirements and there have been no significant changes to household circumstances affecting safety or eligibility, Appellants would not be denied a foster care license based on the reasons for the license denial that gave rise to this case.

3.     The Department is working diligently to complete a draft of the supplemental guidance and anticipates having a draft to share with Appellants on or around December 1, 2025.

4.     Appellants have not yet agreed to the Department's proposals, as to either substance or procedure. Appellants anticipate being able to provide their position once the Department has provided the above-referenced draft.

5.     The Parties to this case also note that a substantially similar matter, *Wuoti v. Winters*, No. 25-678, has been proposed to be

calendared for argument on the week of February 23, 2026. The Parties believe that the Court would benefit from consolidating argument for these two matters given the significant overlap in the factual and legal issues and anticipate discussing possible consolidation with the *Wuoti* plaintiffs.

November 21, 2025     Respectfully submitted,

By:     */s/ Ryan Kane*
Ryan P. Kane
Deputy Solicitor General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-2153
ryan.kane@vermont.gov

*Counsel for Appellees*

By:     */s/ Courtney Corbello*
Courtney Corbello
Center for American Liberty
PO Box 200942
Pittsburgh, PA 15251-0942
(703) 687-6212
jdixon@libertycenter.org

*Counsel for Appellants*

3