# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of February, two thousand twenty-six.

Before:      Debra Ann Livingston,
           *Chief Judge,*
        Reena Raggi,
        Michael H. Park,
           *Circuit Judges.*

_____

Melinda Antonucci, Casey Mathieu,

      Plaintiffs-Appellants,

   v.

Christopher Winters, in his personal and official capacity as Commissioner of the Vermont Department for Children and Families, et al.,

      Defendants-Appellees.

_____

**ORDER**

Docket No. 25-514

The parties stipulate to dismiss this appeal pursuant to Fed. R. App. P 42(b). Appellants also move to vacate the district court's preliminary injunction order dated February 20, 2025. Appellees do not oppose vacatur.

The stipulation is SO ORDERED, and the motion to vacate is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court